Case 2:12-cr-02022-SMJ    Document 87    Filed 01/12/16

PROB 12C
(7/93)

Report Date: January 11, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roderick Deray Williams, Jr.     Case Number: 0980 2:12CR02022-FVS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 4, 2012

Original Offense:     Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 51 months;           Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Ian Lloyd Garriques            Date Supervision Commenced: December 24, 2015

Defense Attorney:     TBD                            Date Supervision Expires: December 23, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1    **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: On January 8, 2016, Mr. Williams admitted to consuming methamphetamine on January 6, 2016. Mr. Williams signed a drug use admission form.

2    **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: On January 8, 2016, Mr. Williams admitted to consuming alcohol on January 6, 2016. Mr. Williams signed an alcohol use admission form.

Prob12C
**Re: Williams, Jr., Roderick Deray**
**January 11, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

January 12, 2016

Date