PROB 12C
(6/16)

Report Date: July 6, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roderick Deray Williams, Jr.        Case Number: 0980 2:12CR02022-SMJ-1

Address of Offender:                          Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 4, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: December 24, 2015 |
| Defense Attorney: | Jeremy Sporn | Date Supervision Expires: December 23, 2018 |

## PETITIONING THE COURT

   **To issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/11/2016.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The offender shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: On July 1, 2016, Mr. Williams was arrested and charged with the following crimes: obstructing justice, Revised Code of Washington (RCW) 9A.76.020; reckless driving, RCW 46.61.500; and driving without a license, RCW 46.20.342.1C. The following information was taken from a Yakima Police report for incident number 16Y028339. |
| | A Yakima police officer ran a registration check of a vehicle on Nob Hill Boulevard and Ninth Avenue, in Yakima, Washington, and discovered the vehicle had expired tabs. As the officer attempted to catch up to the vehicle which accelerated at a high rate of speed, he noted Mr. Williams was the driver of the vehicle with expired plates.  Mr. Williams then turned onto a residential street and drove the vehicle in a reckless manner.  Mr. Williams accelerated through a stop sign and the officer estimated the speed of the vehicle to be up to at least 50 miles per hour. |
| | Mr. Williams then quickly stopped the vehicle.  Once the vehicle stopped, Mr. Williams and his two passengers ran from the vehicle. Mr. Williams ran through a yard, over a fence, and |

      entered the rear door of a duplex. Officers obtained permission from the homeowner to enter the duplex and look for Mr. Williams. Mr. Williams was found hiding in a bedroom closet where he was placed under arrest.

      The officer conducted a record check with Department of Licensing for Mr. Williams. The check showed Mr. Williams does not have a valid driver's licence.

4      **Special Condition # 17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: On July 6, 2016, this officer collected a urinalysis test from Mr. Williams at the Yakima City Jail. The urinalysis tested positive for methamphetamine on the instant test and was sent to the lab for confirmation. Mr. Williams denied using any controlled substances. Results have not been received from the lab at the time this report was written.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 6, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

07/07/2016
Date