Report Date: April 25, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 25, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Roderick Deray Williams      Case Number: 0980 2:12CR02022-SMJ-1

Address of Offender: ███████████, Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 4, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 51 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>08/11/2016 | Prison - 8 months;<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: March 14, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: July 13, 2019 |

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Williams failed to provide a random urinalysis (UA) on April 21, 2017. He provided a presumptive positive UA for methamphetamine on April 24, 2017.

Mr. Williams signed a treatment services contract program plan on March 14, 2017, acknowledging he needed to provide three random UA's per month at Merit Resources Services (Merit). On April 24, 2017, this officer received a noncompliance report from Merit stating Mr. Williams failed to show for random testing on April 21, 2017. After receiving the noncompliance report, this officer spoke with Mr. Williams and directed him to report to Merit to make up his missed UA. Mr. Williams reported to Merit as directed and provided a UA which tested presumptive positive for methamphetamine. The UA was sent to the lab for confirmation.

2    <u>**Special Condition # 21**</u>:  The defendant shall undergo a substance abuse evaluation and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The defendant shall contribute to the cost of treatment according to the defendant's ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

<u>**Supporting Evidence**</u>: Mr. Williams has failed to complete a substance abuse evaluation as directed.

On March 14, 2017, Mr. Williams was directed by this officer to complete a substance abuse evaluation at Merit by March 23, 2017.  On April 13, 2017, this officer spoke with Mr. Williams about completing his substance abuse evaluation.  Mr. Williams stated he had not yet completed the evaluation so he was once again directed by this officer to complete an evaluation as soon as possible.  As of April 25, 2017, Mr. Williams has chosen not to complete his substance abuse assessment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear and answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 25, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

04/25/2017

Date