# United States District Court

for the

## Eastern District of Washington

Report Date: May 4, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roderick Deray Williams, Jr.     Case Number: 0980 2:12CR02022-SMJ-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓  Yakima, Washington  98902

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 4, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 08/11/2016 | Prison - 8 months; TSR - 28 months | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: March 14, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: July 13, 2019 |

## PETITIONING THE COURT

**To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 25, 2017.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instruction from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed. |
| | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances and shall submit to urinalysis and sweat patch testing as directed by the supervision officer, but no more than 6 tests per month, no order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Williams failed to report to this probation officer on April 28 and May 1, 2017, as instructed for a urinalysis (UA) test. |
| | On April 24, 2017, this officer instructed Mr. Williams to report to the probation office on April 28, 2017, for a UA test.  On April 28, 2017, Mr. Williams spoke with this officer on the phone. Mr. Williams stated he could not report to probation because he did not have |

transportation. At the conclusion of the phone call, Mr. Williams was instructed to report to probation on May 1, 2017.

Mr. Williams called this officer at 3:10 p.m., on May 1, 2017, and stated he did not have transportation to the probation office. This officer once again directed Mr. Williams to report to the probation office by 5:00 p.m. to provide a UA. Mr. Williams failed to report as instructed.

Mr. Williams reported to this officer on May 2, 2017. Mr. Williams was unable to provide a UA during this office visit. According to Mr. Williams, due to his medical issues, providing a UA would be very painful. Mr. Williams was again directed to complete a substance abuse assessment at Merit Resource Services (Merit) on May 3, 2017, and to report to probation office after he completed his assessment and submitted a UA.

4

**Standard Condition # 9** : After initially reporting to the probation office, the defendant will receive instruction from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Standard Condition # 18**: The defendant must follow the instruction of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Williams failed to report to probation and failed to complete a substance abuse assessment at Merit on May 3, 2017, as directed.

This officer spoke with staff at Merit in the afternoon of May 3, 2017. The staff verified Mr. Williams failed to show for an assessment on this date. Mr. Williams also failed to report to the probation office as directed.

The U.S. Probation Office respectfully recommends the Court issues a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 25, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 4, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

05/05/2017
Date