PROB 12C
(6/16)

Report Date: May 15, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2017

SEAN F. McAVOY, CLERK

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roderick Deray Williams, Jr.    Case Number: 0980 2:12CR02022-SMJ-1

Address of Offender:                              Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 4, 2012

Original Offense:     Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 51 months;         Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation Sentence:  Prison - 8 months;
08/11/2016            TSR -28 months

Asst. U.S. Attorney:  Ian Garriques              Date Supervision Commenced:  March 14, 2017

Defense Attorney:     Jeremy B. Sporn            Date Supervision Expires:  July 13, 2019

## PETITIONING THE COURT

   To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/25/2017 and 05/04/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Standard Condition #1**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**:  Mr. Williams was arrested and charged with violating the following crimes on May 11, 2017, in Yakima, Washington.  He was charged with obstructing a law enforcement officer, in violation of the Revised Code of Washington (RCW) 9A.76.020, and possession of drug paraphernalia, in violation of Yakima Municipal Code (YKM) 6.08.020. |
| | The following information was taken from police reports written by Yakima Police Department (YPD) officers for incident number 17Y019566. |
| | Several YPD officers responded to the 1100 block of South Seventh Avenue in Yakima, Washington, due to threats and a possible fight.  When officers arrived, Mr. Williams ran away from YPD in an attempt to avoid the police.  YPD gave Mr. Williams commands to |

stop and YPD announced they were the police. Mr. Williams ran several blocks towards his residence at 1002 Queen Avenue. Mr. Williams was arrested in the yard of 923 Queen Avenue, by YPD. As Mr. Williams was running from YPD, officers observed Mr. Williams tossing items from his person, including a glass pipe. An officer checked the area where Mr. Williams was tossing items as he ran. YPD located a vape pen, a glass pipe with a white powdery substance, a small package with Mr. Williams' identification and a black cell phone with Mr. Williams' photo on the cover.

When the officer returned to the police station, the glass pipe with the white powder substance inside was tested for controlled substances. The white powder substance tested positive for amphetamine.

YPD spoke with Mr. Williams at Yakima County Jail about his arrest. Mr. Williams informed YPD, he heard police sirens and when he saw YPD he ran. He also stated he ran because he had a warrant and did not want to be caught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/15/2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

05/18/2017
Date